UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| BETH KENOI | ) | |

ORDER

Pending before the Court is a Motion to Set Change of Plea Hearing (Docket No. 314. The Motion is GRANTED.

The Court will hold a change of plea hearing on December 31, 2012, at 1:00 p.m. Any proposed plea agreement shall be submitted in advance of the hearing.

IT IS SO ORDERED.

                                                    */s/ Todd Campbell*
                                                    TODD J. CAMPBELL
                                                    UNITED STATES DISTRICT JUDGE